PAUL N. SILVERSTEIN
RICHARD BAUMFIELD
ANDREWS KURTH LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017
Telephone:  (212) 850-2800
Facsimile:  (212) 850-2929

- and -

RICHARD M. PACHULSKI (SBN 90073)
JOHN D. FIERO (SBN 136557)
JOSHUA M. FRIED (SBN 181541)
PACHULSKI, STANG, ZIEHL, YOUNG, JONES
  & WEINTRAUB P.C.
150 California Street, 15th Floor
San Francisco, California  94111-4500
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

Counsel for the Reorganized Debtors



IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>METRICOM, INC., a Delaware corporation, and certain affiliated entities, METRICOM FINANCE, INC., METRICOM INVESTMENTS DC, INC., METRICOM DC, L.L.C. and METRICOM NEW YORK, L.L.C.,<br><br>　　　　Debtors. | Case No. C04-03397 JW (RS)<br><br>**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE ;**<br>**ORDER OF DISMISSAL** |
| METRICOM, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JUNO ONLINE SERVICES, INC.,<br><br>　　　　Defendant. | |

56820-001\DOCS_SF:47256.1

STIPULATION OF DISMISSAL OF ADVERSARY
PROCEEDING WITH PREJUDICE
NO. C 04-03397 JW (RS)

1   This Stipulation of Dismissal of Adversary Proceeding With Prejudice is submitted as of this 18th day of October, 2005, by Metricom, Inc., a Delaware corporation and its domestic subsidiaries, Metricom Finance, Inc., Metricom Investments DC, Inc., Metricom DC, L.L.C., and Metricom New York, L.L.C., debtors and debtors-in-possession (collectively, the "Reorganized Debtors"), and Juno Online Services, Inc., a wholly owned subsidiary of United Online, Inc. ("United Online", and together with the Reorganized Debtors, the "Parties"), by and through their undersigned counsel, with reference to the following:

**RECITALS**

A.   On July 2, 2001 (the "Petition Date"), the Debtors filed their respective bankruptcy cases (the "Cases") under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended.

B.   On or about August 28, 2002, the Bankruptcy Court entered an order approving the Debtors' Disclosure Statement with respect to their proposed plan of reorganization;

C.   On September 5, 2002, the Bankruptcy Court entered an order confirming the Debtors' First Amended Joint Plan of Reorganization (July 8, 2002) (As modified August 21, 2002) (the "Plan");

D.   On or about January 26, 2004, the Debtors filed a complaint (the "Complaint") commencing an adversary proceeding styled *Metricom, Inc., et al., v. United Online, Inc., as successor-in-interest to Juno Online Services, Inc*. Case No. 04-5023 in the Bankruptcy Court (the "Adversary Proceeding") which, pursuant to section 542 of the Bankruptcy Code, seeks turnover of $214,681.15 allegedly owed by United Online to the Debtors; and

E.   On or about October 1, 2004, the Bankruptcy Court granted United Online's withdrawal of bankruptcy reference and the Adversary Proceeding was removed to the United States District Court for the Northern District of California.

F.   On or about October 6, 2005, the parties executed a Settlement Agreement with respect to all their existing and potential differences and disputes, including those arising from the Adversary Proceeding.

Based on the foregoing,

56820-001\DOCS_SF:47256.1   1   STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE NO. C 04-03397 JW (RS)

**THE PARTIES HERETO AGREE AS FOLLOWS:**

1. On and as of the date hereof, the Reorganized Debtors hereby dismiss the Adversary Proceeding against United Online, <u>with prejudice</u>, pursuant to Rule 41 of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, with each side to bear their own costs and fees.

Submitted as of the first date written above.

ANDREWS KURTH LLP

By: */s/ Barry E. McFadden*
    Barry E. McFadden *pro hac vice*
    Counsel for the Reorganized Debtors

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

By: */s/ Joshua M. Fried*
    Joshua M. Fried
    Counsel for the Reorganized Debtors

BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation

By: */s/ Mark M. Scott*
    Mark M. Scott
    Counsel for United Online

IT IS SO ORDERED PURSUANT TO STIPULATION.
The Clerk shall close this file.

Dated: September 28, 2007

    /s/ James Ware
JAMES WARE
United States District Judge